# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 82 |
| | : | |
| APPOINTMENT TO THE PENNSYLVANIA | : | CLIENT SECURITY APPOINTMENT |
| LAWYERS FUND FOR CLIENT SECURITY | : | DOCKET |
| BOARD OF TRUSTEES | : | |
| | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 9th day of March, 2023, Laurie M. Schwager,* Luzerne County, is hereby appointed as a member of the Pennsylvania Lawyers Fund for Client Security Board of Trustees for a term of three years, commencing April 1, 2023.

\* Non-lawyer public member